**Order entered December 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00333-CR

**ADRIAN CARDONA VELASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76518-M**

## ORDER

The reporter's record in this appeal was due May 24, 2016. In July, the Court ordered the trial court to hold a hearing to determine why the reporter's record had not been filed. By order dated October 18, 2016, the trial court recommended court reporter Belinda Baraka be given 45 additional days in which to file the reporter's record. The following day, the Court reinstated the appeal, adopted the trial court's findings, and ordered Belinda Baraka to file the reporter's record no later than December 2, 2016. To date, the reporter's record has not been filed and Ms. Baraka has had no communication with the Court.

We **ORDER** court reporter Belinda Baraka to filed the reporter's record in this appeal within **TEN DAYS** of the date of this order. We caution Ms. Baraka that the failure to do so will

result in the Court utilizing whatever remedies it has available, which may include ordering that Ms. Baraka not sit as a court reporter until she files the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, and to counsel for all parties.

/s/    ADA BROWN
         JUSTICE